UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD ZIGMUND,

    Plaintiff,

v.

CASE NO. 8.02 CV 1925-T-26TGW

DIOCESE OF ST. PETERSBURG, INC.
and MOST HOLY NAME OF JESUS
CATHOLIC SCHOOL,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties hereto, Plaintiff RONALD ZIGMUND and Defendant DIOCESE OF ST. PETERSBURG, INC. and MOST HOLY NAME OF JESUS CATHOLIC SCHOOL, by and through their undersigned attorneys, hereby jointly stipulate to the entry of the attached Order of Dismissal With Prejudice of the above-styled cause, with each party to bear its own fees and costs as agreed upon by the parties.

Respectfully submitted,

_____
Thomas D. Roebig, Esquire
Florida Bar No. 0651702
FLORIN, ROEBIG & WALKER, P.A.
777 Alderman Road
Palm Harbor, Florida 34683
Phone (727) 786-5000
Attorneys for Plaintiff

_____
Gail Golman Holtzman, Esq.
Florida Bar No. 562068
CONSTANGY, BROOKS & SMITH, LLC
100 West Kennedy Blvd., Suite 500
Tampa, Florida 33602
Telephone No.: (813) 223-7166
Facsimile: (813) 223-2515

And

Frederick A. Higham, Jr., Esquire
Florida Bar No. 181166

1

DiVITO & HIGHAM, P.A.,
4514 Central Avenue
St. Petersburg, Florida 33711
Telephone No.: (727) 321-1201
Facsimile:    (727) 321-5181
Attorneys for Defendants

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD ZIGMUND,

    Plaintiff,

v.                                  CASE NO. 8.02 CV 1925-T-26TGW

DIOCESE OF ST. PETERSBURG, INC.
And MOST HOLY NAME OF JESUS
CATHOLIC SCHOOL,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the Joint Stipulation for Dismissal With Prejudice entered into by the parties herein, and the Court being apprised in the facts, it is thereupon

ORDERED AND ADJUDGED that: The Joint Stipulation for Dismissal With Prejudice is approved and this case is hereby dismissed with prejudice, with each party to bear its own fees and costs as agreed upon by the parties.

DONE AND ORDERED in Chambers at Tampa, Florida, this _____ day of _____, 2003.

                                                                _____
                                                                 DISTRICT COURT JUDGE

Conformed copies furnished to:
Thomas D. Roebig, Esq.
Gail Golman Holtzman, Esq.
Frederick A. Higham ,Jr., Esq.