**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RONALD ZIGMUND,

    Plaintiff,

v.                                            CASE NO. 8.02 CV 1925-T-26TGW

DIOCESE OF ST. PETERSBURG, INC.
And MOST HOLY NAME OF JESUS
CATHOLIC SCHOOL,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the Joint Stipulation for Dismissal With Prejudice entered into by the parties herein, and the Court being apprised in the facts, it is thereupon

ORDERED AND ADJUDGED that: The Joint Stipulation for Dismissal With Prejudice is approved and this case is hereby dismissed with prejudice, with each party to bear its own fees and costs as agreed upon by the parties.

DONE AND ORDERED in Chambers at Tampa, Florida, this 17 day of March, 2003.

                                        DISTRICT COURT JUDGE

Conformed copies furnished to:
Thomas D. Roebig, Esq.
Gail Golman Holtzman, Esq.
Frederick A. Higham, Jr., Esq.

1

F I L E   C O P Y

Date Printed: 03/18/2003


Notice sent to:

    \_\_\_    Thomas D. Roebig Jr., Esq.
            Florin, Roebig & Walker, P.A.
            777 Alderman Rd.
            Palm Harbor, FL  34683

    \_\_\_    Christopher D. Gray, Esq.
            Florin, Roebig & Walker, P.A.
            777 Alderman Rd.
            Palm Harbor, FL  34683

    \_\_\_    Angela E. Outten, Esq.
            Florin, Roebig & Walker, P.A.
            777 Alderman Rd.
            Palm Harbor, FL  34683

            Wolfgang M. Florin, Esq.
            Florin, Roebig & Walker, P.A.
            777 Alderman Rd.
            Palm Harbor, FL  34683

    \_\_\_    Gail Golman Holtzman, Esq.
            Constangy, Brooks & Smith, LLC
            100 W. Kennedy Blvd., Suite 500
            P.O. Box 1840
            Tampa, FL  33601-1840

    \_\_\_    Frederick A. Higham, Esq.
            Divito & Higham, P.A.
            4514 Central Ave.
            St. Petersburg, FL  33711